```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0130--CR (JWS)
                  "USA V FAIRPORT SHIPPING LTD"
                    DEF 1.1 FAIRPORT SHIPPING LTD

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  11/17/04
            Closed:  NO
 No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  Not specified
        Trial date:
        Terminated:  NO
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 FAIRPORT SHIPPING LTD
```

| Document  | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:1001(a)(1) CONCEALMENT OF A MATERIAL FACT (F) | Pending |
| 1 -  1 IND | 2 | 18:1001(a)(3) FALSE STATEMENT (F) | Pending |
| 1 -  1 IND | 3 | 18:1001(a)(3) FALSE STATEMENT (F) | Pending |
| 1 -  1 IND | 4 | 33:1908(a) and 33 CFR 151.25(a) & (h) FAILURE TO MAINTAIN PROPER OIL RECORD BOOK (F) | Pending |
| 1 -  1 IND | 5 | 33:1908(a) and 33 CFR 151.25(a) & (h) FAILURE TO MAINTAIN PROPER OIL RECORD BOOK (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0130--CR (JWS)
                              "USA V FAIRPORT SHIPPING LTD"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/17/04
            Closed: NO
No. of Defendants: 1


 Document #   Filed     Docket text

      1 -  1  11/17/04  [Re: DEF 1] PLF 1 Indictment.

      2 -  1  11/18/04  [Re: DEF 1] AHB Grand Jury Minutes re: bail set @ $1,000,000.00 secured;
                        sum to be iss; set for arr & notify USM.

   NOTE -  1  11/19/04  Issued: Summons.

      3 -  1  11/19/04  [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 1/24/05.  cc:
                        USA, USM, PO, Def (by USM)

   NOTE -  2  11/24/04  Notation: Proposed Trial Date Setting for Arr to USDJ.

      4 -  1  01/25/05  [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arraignment on
                        Indictment (held 1/25/05); cont to 3/2/05 at 2:00 pm.  cc: USA, USM,
                        USPO, DEF (by USA)

   NOTE -  3  02/02/05  Notation: (Amended) proposed trial date setting for arraignment and
                        notice of speedy trial act deadlines to USDJ.

      5 -  1  03/02/05  [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Contd Arr on
                        Ind (held 3/2/05); def not present; Arr contd to 4/13/05 at 2:00 pm.
                        cc:  USA, USM, USPO, Judge Sedwick

      6 -  1  03/07/05  USM Return of svc re: summons on DEF 1 unexecuted.

      7 -  1  04/14/05  [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton/April Karper] re
                        Cont Argn on Indt (held 4/14/05); Plt mot to cont granted; govt to
                        notify court when summons is served.  cc: USA, USPO

      8 -  1  06/08/05  [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at
                        the direction of the Chief Judge, the MJ referral is reassigned to MJ
                        Roberts. cc: cnsl, Judge Sedwick

      9 -  1  08/24/05  [Re: DEF 1] PLF 1  Status Report.

     10 -  1  08/30/05  [Re: DEF 1] JDR Minute Order re govt to file a more informative status
                        report by 9/15/05 indicating what action has been taken to date to
                        effectuate service, if any, on the def, & how it intends to proceed. cc:
                        USA

     11 -  1  09/22/05  [Re: DEF 1] PLF 1 motion to accept late filed supplemental status
                        report.

     12 -  1  09/26/05  [Re: DEF 1] JDR Minute Order granting motion to accept late filed
                        supplemental status report (11-1); govt to file next stat rpt by 3/1/06.
                        cc: USA, Judge Sedwick
```