DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071 telephone
(907) 271-1500 facsimile
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 3:04-cr-0130  (JWS) |
| ) | |
| Plaintiff,   ) | |
| ) | **GOVERNMENT'S** |
| vs.   ) | **STATUS REPORT** |
| ) | |
| FAIRPORT SHIPPING, LTD.,   ) | |
| ) | |
| Defendant.   ) | |

COME NOW the United States of America, by and through counsel, hereby files a status report in the above captioned action.

Defendant company, a Greek company that no longer appears to do business in the United States,  was indicted on November 16, 2004.  The government still has not been able to effect service of the summons in this case, because there is no mechanism, other than agreement, to force the company to appear in the United

States to answer charges. The court has requested status reports on the government's actions to attempt to effectuate service. Government counsel who was leading the negotiations with defense counsel in this case has now left the Environmental Protection Agency and moved to the U.S. Attorneys Office in Seattle. Undersigned counsel has a call in to defense counsel, Michael Chalos, to determine if defendant company is still interested in resolving this matter. The government was hoping to have spoken to him before filing this report, but has not yet connected with him. The government would be happy to file a supplemental report at some point after consulting with defense counsel to let the court know if

//

//

settlement discussions are likely to be restarted. (It may take a few weeks to find this out as defense counsel will obviously have to communicate with his client in Greece. )

RESPECTFULLY SUBMITTED on March 22, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Karen L. Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071 telephone
(907) 271-1500 facsimile
email: karen.loeffler@usdoj.gov