DEBORAH SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: 907 271-5071
Fax: 907-271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-130-JDR |
| | ) | |
| Plaintiff, | ) | STATUS REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| FAIRPORT SHIPPING, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and submits the following late filed status report.  Since the filing of the last status report, government counsel has been in contact with defense counsel for the above named company to determine if further plea negotiations would be fruitful. Having received a tentative affirmative response, government counsel is in the process of drafting a proposed plea agreement that would resolve the above

captioned case. However, due to the need for defense counsel to travel to Greece to discuss any proposed offer, the government cannot report further as to the timing of any proposed agreement. Meanwhile, the summons is still outstanding and has not been served.

Government counsel regrets the late filing of this report.

RESPECTFULLY SUBMITTED July 25, 2006, in Anchorage, Alaska.

DEBORAH SMITH
United States Attorney

s/Karen Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone (907) 271-5071
Fax (907) 271-1500
email: karen.loeffler@usdoj.gov