**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    FAIRPORT SHIPPING, LTD.

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:04-cr-00130-JWS

Deputy Clerk    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The court has reviewed the status report at docket 15.  Unless a plea agreement or some form of closing paper is sooner filed, an updated status report shall be filed on October 2, 2006.

                                ENTERED AT JUDGE'S DIRECTION
DATE:  July 26, 2006            INITIALS:  prr
                                        Deputy Clerk

[FORMS*IA*]