NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-130  (JDR) |
| | ) | |
| Plaintiff, | ) | STATUS REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| FAIRPORT SHIPPING, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel,

and submits the following status report as to Fairport Shipping.

As of this date, the government has discussed a proposed plea with Fairport

Shipping and has sent counsel for Fairport Shipping a firm offer. The delay

between the last report and the present involved a change of administration at the

United States Attorney's Office.  There was a consequent delay in permitting the

present administration to make an informed decision about the offer that has now

been tendered to defense counsel.

Counsel for the defendant, Michael Chalos, has previously spoken to his client, but has not contacted them in a number of months since the last discussion. Meanwhile, the government has confirmed that the defendant company has not called at any United States port since the indictment or since the last report. Therefore, the government has not had any ability to serve the defendant Greek corporation.

Counsel for the defendant, predicts that it will take approximately 2-3 weeks to get a response to the government's offer.  Counsel for both parties therefore request that further status be set for the beginning of the year as, if the offer is accepted, it will take some period of time to get the appropriate corporate resolutions and agreement translated between Greek and English.

RESPECTFULLY SUBMITTED this 17th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov