NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-130  (JDR) |
| | ) | |
| Plaintiff, | ) | STATUS REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| FAIRPORT SHIPPING, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

      COMES NOW the United States Attorney's Office, by and through counsel, and submits the following status report as to Fairport Shipping.

      The government and defendant have reached an agreement, in principle. There are still terms to be worked out and negotiations over wording and terms regarding the compliance plan are continuing.  The parties do expect that a signed plea agreement should be ready some time after the new year.  The parties further

expect that the agreement will request an arraignment, plea and sentencing with payment of the proposed fine all at the same time.

RESPECTFULLY SUBMITTED this 8th day of December, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov