```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. FAIRPORT SHIPPING LTD    CASE NO. 3:04-cr-00130-JWS
Defendant: _X_Not Present

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        BRYAN SHCRODER FOR KAREN LOEFFLER

DEFENDANT'S ATTORNEY:           NOT AVAILABLE

U.S.P.O.:                       PAMELA SHAW

PROCEEDINGS: STATUS CONFERENCE HELD JANUARY 11, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:31 p.m. court convened.

Court and counsel heard re status of case. Government informed court that there is a drafted Plea Agreement and that they are looking for a Greek Interpreter.

Status Report due in 45 days.

At 1:33 p.m. court adjourned.

DATE:    January 11, 2008        DEPUTY CLERK'S INITIALS: amk

Revised 6-18-07