CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

__BRIAN THOMAS McCARTHY__, Bar #__BM4808__

was duly admitted to practice in this Court on

__OCTOBER 21st, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York     on     MAY 27th, 2008

J. Michael McMahon       by  _[signature]_
Clerk                                         Deputy Clerk