MICHAEL G. CHALOS (MC-3939)
BRIAN T. MCCARTHY (BM-4808)
CHALOS, O'CONNOR & DUFFY LLP
366 Main Street
Port Washington, New York 11050
Telephone:   (516) 767-3600
Telefax:        (516) 767-3605
Counsel for Defendant
FAIRPORT SHIPPING LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 3:04 CR 00130 JWS-JDR |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| FAIRPORT SHIPPING LTD, ) | |
| Defendant ) | |
| _____) | |

To the Clerk of this court and all parties of record:

   Please enter the Appearance of Chalos, O'Connor and Duffy LLP, by Michael G. Chalos and Brian T. McCarthy, as counsel in this case for Fairport Shipping Ltd. An application for admission to this District is pending.

Dated this 4th day of June 2008.          Respectfully submitted,
                                          **CHALOS, O'CONNOR & DUFFY LLP**

                                          By:_____s/Brian Thomas McCarthy_____
                                                MICHAEL C. CHALOS (MC-3939)
                                                BRIAN T. MCCARTHY (BM-4808)
                                                Counsel for Defendant
                                                FAIRPORT SHIPPING LTD
                                                366 Main Street
                                                Port Washington, New York 11050
                                                Telephone No.: (516) 767-3600
                                                Telefax No.: (516) 767-3605
                                                Email Address: bmccarthy@codus-law.com

**Certificate of Service**

   I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF and Electronic Mail on this 4th day of June, 2008:

United States Attorney for the District of Alaska
222 West 7th Avenue, Suite 253
Anchorage, Alaska 99501
Email Address: Aunnie.Steward@usdoj.gov
Attn: Andrea T. Steward, Esq.
   Assistant U.S. Attorney
   District of Alaska


            __s/ Brian Thomas McCarthy_____
            Brian T. McCarthy (BM-4808)