MICHAEL G. CHALOS (MC-3939)
BRIAN T. MCCARTHY (BM-4808)
CHALOS, O'CONNOR & DUFFY LLP
366 Main Street
Port Washington, New York 11050
Telephone:   (516) 767-3600
Telefax:       (516) 767-3605
Counsel for Defendant
FAIRPORT SHIPPING LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 3:04 CR 00130 JWS-JDR |
| Plaintiff, | ) | **NOTICE OF INTENT TO** |
| v. | ) | **CHANGE PLEA** |
| | ) | |
| FAIRPORT SHIPPING LTD, | ) | |
| Defendant | ) | |
| _____ | ) | |

To:   The Clerk of the District Court of the State of Alaska and
       All Others To Whom it May Concern:

Pursuant to Local Criminal Rule 11.1, the defendant, FAIRPORT SHIPPING LTD., provides notice that it intends to withdraw its previously entered plea of not guilty to enter a plea pursuant to a plea agreement controlled by Fed. R. Crim. Pro. Rule 11(c)(1)(C).

Dated this 4th day of June 2008.          Respectfully submitted,
                                           **CHALOS, O'CONNOR & DUFFY LLP**

                                           By:___s/Brian T. McCarthy_____
                                              MICHAEL G. CHALOS (MC-3939)
                                              BRIAN T. MCCARTHY (BM-4808)
                                              Counsel for Defendant
                                              FAIRPORT SHIPPING LTD
                                              366 Main Street
                                              Port Washington, New York 11050
                                              Telephone No.: (516) 767-3600
                                              Telefax No.: (516) 767-3605
                                              Email Address: bmccarthy@codus-law.com

**Certificate of Service**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF and Electronic Mail on this 4th day of June, 2008:

United States Attorney for the District of Alaska
222 West 7th Avenue, Suite 253
Anchorage, Alaska 99501
Email Address: Aunnie.Steward@usdoj.gov
Attn:   Andrea T. Steward, Esq.
         Assistant U.S. Attorney
         District of Alaska

                                                 ____s/ Brian Thomas McCarthy_____
                                                 Brian Thomas McCarthy