NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 3:04-cr-00130-JWS-JDR |
| ) | |
| Plaintiff,       ) | |
| ) | |
| vs.                                ) | NOTICE OF ATTORNEY |
| ) | APPEARANCE |
| FAIRPORT SHIPPING LTD.,            ) | |
| ) | |
| Defendant.      ) | |
| ) | |

COMES NOW the United States by and through counsel and hereby gives

notice that Assistant United States Attorney Andrea T. Steward now appears as co-

counsel for the United States of America in the above-entitled action. The lead

attorney still remains Karen L. Loeffler , Assistant United States Attorney.

In addition, the government requests that pleadings in the above-entitled action be sent to Andrea T. Steward at:

ANDREA T. STEWARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

RESPECTFULLY SUBMITTED this 5th day of June, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Andrea T. Steward
ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008
a copy of the foregoing **Notice of Attorney Appearance** was served electronically on:

Michael G. Chalos,
Brian T. McCarthy,
Attorney's for Defendant


s/ Andrea T. Steward
Assistant U.S. Attorney