NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
      andrea.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>FAIRPORT SHIPPING LTD.,<br><br>                Defendant. | Case No. 3:04-cr-00130-JWS-JDR<br><br>**JOINT MOTION FOR CONSOLIDATED ENTRY OF PLEA AND IMPOSITION OF SENTENCE**<br><br>**FILED ON SHORTENED TIME** |

### INTRODUCTION

The United States files with the court this Joint Motion for Entry of Plea and Imposition of Sentence with regard to the above captioned case. The request for a consolidated hearing is made with the concurrence of counsel for defendant FAIRPORT SHIPPING LTD. ("FAIRPORT").

**A.    Background**

On November 16, 2004, the grand jury issued a five-count indictment charging in Counts 1–3 False Statements in violation of 18 U.S.C. § 1001, and in Counts 4 and 5 Failure to Maintain a Proper Oil Record Book in violation of 33 U.S.C. § 1908(a) and 33 C.F.R. § 151.25(a) and (h) all of which are felony charges.  These charges arise from incidents in 2001 and 2002 during which the Motor Vessel (MV) Asahi falsely recorded the disposal of oily waste to make it appear that it had been properly disposed of when in fact it had been discharged overboard using a "bypass hose."  The defendant FAIRPORT was the operator of the ship during these incidents.

As to the charges in this case, the parties have executed a plea agreement, which is filed today with the Court.  The plea agreement provides that FAIRPORT will plead guilty to Count 4 of the indictment, pay a criminal penalty of $250,000 with $150,000 suspended unless there is a probation violation, and two years of probation.   The plea agreement additionally sets out an agreed upon factual basis underlying the plea of guilty so that the court may be adequately informed of the factual basis giving rise to the parties' plea agreement as well as the underlying facts thereto.

B.     **Request for Consolidated Proceedings**

The factual basis in the plea agreement provides a basis to exercise sentencing authority pursuant to 18 U.S.C. § 3553. Fed. Crim. P. 32(c). In the case against FAIRPORT, the parties have reached an agreement which obviates the usual need for discovery or any pretrial motion practice and have reached an agreement which provides for an agreed upon sentence. The parties thus jointly request a consolidated entry of plea and sentencing.

## CONCLUSION

For good cause shown, and in light of the agreement reached between the parties it is requested that the district court, if its calendar permits and it is agreeable to this approach, cancel the status conference scheduled for Monday, June 9, 2008, at 1:30 p.m, and instead schedule a change of plea and sentencing

//

//

//

//

//

//

//

//

USA v. Fairport Shipping LTD.
3:04-cr-000130-JWS-JDR

for a date after June 18, 2008 to allow the defendant and counsel to travel to the hearing.

RESPECTFULLY SUBMITTED this 5th day of June, 2008 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

/s Andrea T. Steward
ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2008
a copy of the foregoing **JOINT MOTION FOR CONSOLIDATED ENTRY OF PLEA AND IMPOSITION OF SENTENCE** was mailed to:

Michael G. Chalos,
Brian T. McCarthy,
Attorney's for Defendant

FAIRPORT SHIPPING LTD.
366 Main Street
Port Washington, NY 11050


s/ Andrea T. Steward
Assistant U.S. Attorney

USA v. Fairport Shipping LTD.
3:04-cr-000130-JWS-JDR

4