IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRPORT SHIPPING, LTD.<br><br>Defendant. | Case No. 3:04-cr-00130-JWS-JDR<br><br>**(PROPOSED) ORDER ON JOINT MOTION FOR CONSOLIDATED ENTRY OF PLEA AND IMPOSITION OF SENTENCE**<br><br>**FILED ON SHORTENED TIME** |

   Having considered the Joint Motion for Consolidated Entry of Plea and Imposition of Sentence, IT IS HEREBY ORDERED that the government's motion is GRANTED.  Change of Plea/Sentencing is to take place on _____, 2008 at _____ a.m./p.m.

   IT IS SO ORDERED.

   RESPECTFULLY SUBMITTED this 5th day of June, 2008 in Anchorage, Alaska.

_____
JOHN W. SEDWICK,
United States District Judge