# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *FAIRPORT SHIPPING LTD*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:04-cr-00130 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: June 5, 2008

    The parties plan to execute a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C). A notice of intent to change plea has been filed at docket 30. Given the need to execute the plea agreement, which will involve international communication, setting a proposed change of plea date later than would otherwise be the case is appropriate. A proposed change of plea hearing will be held at **8:30 AM** on **August 12, 2008.**

    Unless the court rejects the plea agreement, it would very likely be sensible to impose sentence immediately after the change of plea. Imposition of sentence is hereby set to follow immediately upon the conclusion of the change of plea hearing on August 12, 2008.

    Counsel shall confer with one another and with the probation office regarding the date for imposition of sentence. If it is determined that imposition of sentence should be delayed to a date after the change of plea, then on or before July 14, 2008, counsel shall file a motion requesting the court to continue imposition of sentence and suggesting an appropriate date for imposition of sentence.