```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        #  00132950  -  NL
          June 5, 2008


Code    Case #    Qty      Amount

6855XX-N 04-130             150.00 CK


        TOTAL→           150.00



FROM: KEESAL YOUNG & LOGAN
      FOR BRIAN T. MCCARTHY
      ATTONEY, PRO HAC VICE
      3:04-CR-00130-JWS-JDR
```