MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. FAIRPORT SHIPPING LTD.   CASE NO. 3:04-CR-00130-JWS
Representative BRIAN T. McCARTHY: X Present  X On Bond

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:        KAREN LOEFFLER

DEFENDANT'S ATTORNEY:           BRIAN T. MCCARTHY

U.S.P.O.:                       MARY F. BARNES

PROCEEDINGS: PROPOSED CHANGE OF PLEA / IMPOSITION OF SENTENCE
             HELD JUNE 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

 X Authorized Representative for the defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Authorized Representative for the defendant stated true
   name:   Brian T. McCarthy.

 X Defendant changed plea to guilty on count 4 of the Indictment.

 X Plea Agreement **FILED**.

 X Defendant waived preparation of Presentence Report.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Defendant placed on probation for a period of 2 Years under
   the usual terms and conditions with special conditions of
   probation as stated in the judgment.

Continue to Page Two

DATE:   JUNE 25, 2008      DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07

```
                    Continuation Page Two
             U.S.A.  vs.  Fairport Shipping LTD
                       3:04-CR-00130-JWS
            Proposed Change of Plea / Imposition of Sentence
                         June 23, 2008
----------------------------------------------------------------
```

 X  Fined $ 100,000.00

 X  Special Assessment $ 400.00       , due      Immediately.

 X  Bond exonerated upon payment of fine.

 X  On motion of the U.S. Attorney, remaining counts 1-3 and 5
    of the Indictment **DISMISSED.**

 X  Court advised defendant of appeal rights.

 X  Payment coupon given to defendant.

 X  OTHER: Court and counsel heard re Plea Agreement and minutes
    Of board meeting between directors of Fairport Shipping LTD.
    Court ordered clerk to file Plea Agreement and Minutes as
    Record of case.

At 10:29 a.m. court adjourned.

DATE:    JUNE 25, 2008        DEPUTY CLERK'S INITIALS:    AXG

Revised 6-18-07