RECEIVED
JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Minutes of a Meeting of
Board of Directors of Fairport Shipping Ltd. of Liberia
Held at its Athens' office at
17A' Kondyli Street, 166 75 Glyfada, Athens, Greece
on the 28th day of May, 2008

**Present:**

| | | |
|---|---|---|
| George Sakalis | – | President of the Board of Directors |
| Panagiotis Kapaniris | – | Vice President / Director |
| Vasileios Dimopoulos | – | Secretary / Treasurer / Director |

The President of the Corporation took the chair and acted as Chairman and called the Meeting to order. Mr. Vasileios Dimopoulos act ed as Secretary of the Corporation and recorded these minutes. The Chairman declared that Notice of the Meeting had been duly waived and that all directors were present in person or by proxy and that the Meeting was duly constituted.

On motion duly made, seconded and unanimously carried;

**IT WAS RESOLVED:**

THAT, the terms and conditions of the written Plea Agreement, dated 28th of May 2008 between the United States of America and the Corporation having been explained to the Board by its counsel, and the Board understanding those terms and conditions, and all corporate formalities required for the authorizations contained herein having been observed, the Corporation hereby assents to those terms and conditions and agrees to enter into the said written Plea Agreement in that certain matter now pending in the United States District Court, District of Alaska, entitled United States of America, Plaintiff, v. Fairport Shipping Ltd., Defendant, Index No. 3:04-cr-00130(JWS)(LDR)(ALL).   A copy of the written Plea Agreement is attached hereto and the Board of Directors deems it in the best interests of the Corporation to enter into that Plea Agreement; and,



THAT, Mr. George Sakalis, Director of the Corporation, and/or Mr. Michael G. Chalos of Chalos, O'Connor & Duffy, LLP, and/or Mr. Brian T. McCarthy of Chalos, O'Connor & Duffy, LLP, and/or any licensed attorney designated by the Corporation each be and hereby is authorized, empowered and directed to execute the Plea Agreement on behalf of the Corporation and to execute any and all other documents and instruments, and to take any and all actions to do any and all other things necessary or incidental for the execution and entry of the Plea Agreement; and,

THAT, Mr. Michael G. Chalos of Chalos, O'Connor & Duffy, LLP, and/or Mr. Brian T. McCarthy of Chalos, O'Connor & Duffy, LLP, and/or any licensed attorney designated by the Corporation b e and hereby is authorized to appear before the United States District Court, District of Alaska, and enter pleas of guilty on behalf of the Corporation in the case entitled United States of America, Plaintiff, v. Fairport Shipping Ltd., Defendant, Index No. 3:04-cr-00130(JWS)(LDR)(ALL); and,

**AND IT WAS FURTHER RESOLVED:**

THAT, the Corporation, acknowledges that, with the consent of its Board of Directors, it is, and has been, represented in this matter by its counsel, Mr. Michael G. Chalos of Chalos, O'Connor & Duffy, LLP, and Mr. Brian T. McCarthy of Chalos, O'Connor & Duffy, LLP; and,

THAT, the Corporation, by its Board of Directors, acknowledges that it has been fully informed and counseled by its attorneys in respect to the Plea Agreement and the possible fines, penalties and consequences thereof, and the Corporation understands the provisions of the Plea Agreement, its contents and consequences; and,

THAT, the Board of Directors deem it in the best interests of the Corporation to enter into that Plea Agreement.



2

**AND IT WAS FURTHER RESOLVED:**

THAT, Michael G. Chalos, and/or Mr. Brian T. McCarthy, and/or any licensed attorney designated by the Corporation, be and hereby is authorized, as counsel for the Corporation, to appear before the Court at the time of sentencing, to allocute on behalf of the Corporation, and to do any and all things necessary to plead to the charges against the Corporation and to accept the sentence imposed by the Court on behalf of the Corporation, and to deliver payment of any and all fines and special assessments, as required.

Executed this 28th day of May, 2008.

_____
President of the Board of Directors
Mr. George Sakalis

_____
Vice President / Director
Mr. Panagiotis Kapaniris

_____
Secretary / Treasurer / Director
Mr. Vasileios Dimopoulos

## CERTIFICATE

The undersigned hereby certifies that the above is a true copy of the minutes of a meeting of the Board of Directors of **FAIRPORT SHIPPING LIMITED,** of Liberia, (the "**Corporation**"), convened and held as aforesaid and at which meeting I was present and all the Directors of the Corporation were present in person.

Dated: 28th May, 2008

The Secretary to the Meeting



Vasileios Dimopoulos
Director/Secretary



4